HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
EDUARDO SANCHEZ MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00118 LJO-SKO |
| Plaintiff, | **STIPULATION TO ADVANCE CHANGE OF PLEA HEARING;ORDER** |
| vs. | DATE:  June 29, 2015 |
| EDUARDO SANCHEZ MENDOZA, | TIME:   8:30 A.M. |
| Defendant. | JUDGE:  Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Change of Plea Hearing in the above-captioned matter now scheduled for July 20, 2015, at 8:30 a.m., **may be vacated and the matter be advanced to June 29, 2015 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.**

The parties have no objection.

///

///

///

///

///

///

Mendoza Stipulation to Advance Change of Plea Hearing                -1-

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 25, 2015          */s/ Vincenza Rabenn*
                               VINCENZA RABENN
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  June 25, 2015          */s/ Ann H. McGlenon*
                               ANN H. MCGLENON
                               Assistant Federal Defender
                               Attorney for Defendant
                               EDUARDO SANCHEZ MENDOZA


**O R D E R**

IT IS SO ORDERED.

   Dated:  **June 25, 2015**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

Mendoza Stipulation to Advance Change of Plea Hearing          -2-