HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO SANCHEZ MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:15-cr-00118-LJO |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RELEASE |
| vs. | ) | OF EDUARDO SANCHEZ MENDOZA |
| EDUARDO SANCHEZ MENDOZA | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant Eduardo Sanchez Mendoza (Fresno County Sheriff's Booking No. 1929693; Person ID 7041973) shall be released from the Fresno County Jail to Kevin Mitchel of the Federal Defender's Office, on Friday, August 30, 2019, at 9:00 a.m. for transportation to the Salvation Army Adult Rehabilitation Center.

IT IS SO ORDERED.

Dated: **August 29, 2019**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

Sanchez Mendoza: Release Order           -1-